UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA and PHILLIPS BROTHERS CONSTRUCTION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SILVER MOUNTAIN CONSTRUCTION, LLC, and LIBERTY MUTUAL INSURANCE CO.,<br><br>Defendants. | No. 3:24-CV-455-CEA-JEM |

**O R D E R**

This case is before the Court pursuant to 28 U.S.C. § 636 and the Rules of this Court.

Now before the Court are two discovery-related motions filed by Plaintiffs. On February 3, 2026, Plaintiffs filed a Second Motion to Compel [Doc. 61]. On February 9, 2026, Plaintiffs filed a Motion to Modify Scheduling Order and for Protective Order [Doc. 62]. This motion requests the Court modify the Scheduling Order [Doc. 48] and reset the September 22, 2026 trial date as well as enter a protective order providing that depositions are not to be noticed or taken until the Second Motion to Compel and Motion to Modify Scheduling Order are resolved [*Id.* at 1–2].

Upon review, the Court **DIRECTS** the parties to meet and confer regarding Plaintiffs' motions in person, by phone, or by teleconference. The parties **SHALL** provide a joint status report on their positions with respect to Plaintiffs' motions within **seven days** of entry of this Order.

**IT IS SO ORDERED.**

                ENTER:

                _____
                Jill E. McCook
                United States Magistrate Judge